# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 3:13-00012 |
| ) | Judge Trauger |
| [1] CHARLES JEFFREY EDWARDS and ) | |
| [2] BRENDA ELISE EDWARDS   ) | |

## O R D E R

Charles and Brenda Edwards make a request for travel in a sealed document. (Docket No. 109) In order to assure that the court fully understood the position of the supervising probation officers in Texas, the court requested that the Probation Office in this district contact the Texas probation officer. Attached hereto is a Memorandum setting out that district's position. As can be seen, the travel request cannot be granted at this time. However, the court will hold the request in abeyance, should the defendants meet the required condition for this travel.

It is so **ORDERED**.

ENTER this 6th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge