UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,   Case No: 3:13-00012
                            JUDGE TRAUGER
vs.

**CHARLES JEFFREY EDWARDS et al.   /**

**UNOPPOSED MOTION TO CONTINUE APRIL 11TH PLEA HEARING DATE**

Comes Now the undersigned attorneys for the Defendants Charles Jeffrey Edwards and Brenda Edwards and respectfully request this Honorable Court continue the current plea hearing date of April 11, 2014. The defendants were unable to make affordable arrangements to travel from Houston for the April 11, 2014 hearing date. The undersigned attorneys for the Defendants have discussed the matter with AUSA Kathryn Ward Booth and she would agree to have the plea date changed to May 7th 2014. The undersigned would respectfully ask the court to set this matter sometime in the morning to allow the Edwards to return to Houston later in the afternoon.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was electronically mailed to AUSA Kathryn Ward Booth, AUSA Sandra Moses and all defense counsel of record this 8th day of April, 2014.

*Motion GRANTED. Hearing reset for 5/7/14 at 10:00 a.m.*