UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,   Case No: 3:13-00012
                             JUDGE TRAUGER

vs.

**Motion GRANTED.**

**CHARLES JEFFREY EDWARDS    /**

**DEFENDANTS' UNOPPOSED REQUEST TO TRAVEL**

Comes Now the Defendant Charles Jeffrey Edwards by and through his undersigned counsel and respectfully files this unopposed request to travel. In support the undersigned would show as follows:

1. Mr. Edwards seeks permission to travel to New York commencing on Sunday, August 31st and returning Thursday, September 4th.

2. He will be renting a car and traveling to Bennington Vermont to stay with his sister through the Labor Day Holiday and then he will return to New York to meet with several new customers of his family's produce business.

3. The undersigned has spoken with Mr. Edward's probation officer Michael Cannon and AUSA Kathryn Ward Booth who have advised they have no objection to Mr. Edward's request to travel.

Wherefore based on the foregoing the undersigned respectfully requests this Honorable Court grant Mr. Edward's unopposed request to travel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion was electronically mailed to AUSA Kathryn Ward Booth and AUSA Sandra Moses this 22nd day of August 2014.