UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

UNITED STATES of AMERICA,  Case No: 3:13-00012

vs.  JUDGE TRAUGER

**CHARLES JEFFREY EDWARDS, et al.** /

**DEFENDANTS' UNOPPOSED REQUEST TO TRAVEL**

Come Now the Defendants **Charles Jeffrey Edwards** and **Brenda Edwards** by and through their undersigned counsel and respectfully file this unopposed request to travel for the Christmas Holiday. In support the undersigned would show as follows:

1. Mr. and Mrs. Edwards seek the Court's permission to travel with their three children to Orlando for the Christmas holiday, specifically from December 26th to January 2nd.

2. The family intends to drive to Central Florida from Houston to allow the children to visit Disney World during their school vacation.

3. The undersigned has spoken with AUSA Sandra Moses who has advised she has no objection to Mr. and Mrs. Edwards' request to travel.

4. The Defendants have been on pre-trial release for a significant length of time and have successfully met all the conditions of their release during that time. That would include their successfully meeting the requirements of all previous travel requests approved by this Honorable Court.